FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG 23  AM 7: 47

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TRACY EUGENE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-1959** |
| **WARDEN VIATOR, ET AL.** | **SECTION "N" (6)** |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore, **IT IS ORDERED** that the petition of Tracy Eugene for issuance of a writ of *habeas corpus* under 28 U.S.C. § 2254, be, and the same is hereby **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

New Orleans, Louisiana, this 22nd day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE

___ Fee____
___ Process____
 X  Dktd____
___ CtRmDep____
___ Doc. No.____